UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HRT ENTERPRISES, a Michigan partnership,

    Plaintiff,

-vs-

CITY OF DETROIT, a Michigan municipal corporation,

    Defendant.

                                                     /

Case No. 12-13710
Hon: AVERN COHN

## **MEMORANDUM AND ORDER ON PENDING MOTIONS**

I.

For the reasons stated on the record on July 17, 2017:

(A)    Action on defendant's Motion for Certification Pursuant to 28 USC §1292 and Fed.R.Civ.P. 54(b) and/or Modification and Confirmation of Judgment Under Fed.R.Civ.P. 58 (Doc. 99) is STAYED.

(B)    Plaintiff's Motion *In Limine* Regarding Funds Paid To Tenants By Defendant City Of Detroit In Prior Lawsuits (Doc. 100) is GRANTED.

(C)    Plaintiff's Motion to Bifurcate Trial (Doc. 101) is GRANTED.

II.

Plaintiff says the date of the "take" is January 01, 2009, *i.e.*, the date "the situation became stabilized."

III.

Plaintiff shall within thirty (30) days file a proffer of proofs that it will introduce to support the January 01, 2009, "take" date, in separately numbered paragraphs referencing the exhibits it will rely on, as well as a brief description of each proposed witness' testimony.

SO ORDERED.

S/Avern Cohn<br>
AVERN COHN<br>
UNITED STATES DISTRICT JUDGE

Dated: July 21, 2017

S:\LORI\CASES\HRT v. City of Detroit\Order on Pending Motions - 07-21-2017.wpd