## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

HRT ENTERPRISES, a Michigan Partnership,

    Plaintiff,

v.

CITY OF DETROIT, a Michigan municipal corporation,

    Defendant.

Case No. 2:12-cv-13710
Honorable David M. Lawson

_____/

### **DEFENDANT CITY OF DETROIT'S TRIAL WITNESS LIST**

Defendant City of Detroit (the "City" or "Defendant") through its counsel, Mike Weaver and Erik Johnson, states that it will call the following witnesses to testify at trial:

### **WILL CALL**

1. Delbert Brown, Rosemont Street, Detroit, Michigan 48219.

2. Jason Watt, City of Detroit, 11499 Conner, Detroit, Michigan 48213.

3. Michael Borta, QoE Consulting, 4100 Capital City Blvd., Suite 200, Lansing, Michigan 48906.

4. Peggy Young, Expert Appraiser, 2990 W. Grand Blvd. Suite M-20, Detroit, Michigan 48202.

5. Betsy Steudle, State of Michigan, Department of Transportation, Office of Aeronautics, 2700 Port Lansing Road, Lansing, Michigan 48906-2160

6. David Baker, State of Michigan, Office of Aeronautics, 2700 Port Lansing Road, Lansing, Michigan 48906-2160.

7. Ernest Gubry, Federal Aviation Administration, Detroit Airport District Office, Det-ADO-600 11677, South Wayne Road, Suite 107, Romulus, Michigan 48174.

8. Mark Grennell, State of Michigan, Federal Aviation Administration, Detroit Airport District Office, Det-ADO-600 11677, South Wayne Road, Suite 107, Romulus, Michigan 48174.

## **MAY CALL**

9. James Schmid, Resolution Experts, PC, 888 W. Big Beaver Road, Suite 700, Troy, Michigan 48084.

10. Peter Adamo, c/o Avery K. Williams, Esq., Williams Acosta, PLLC, 535 Griswold, Suite 1000, Detroit, Michigan 48226.

11. Robert Pasek, GRS Corporation, c/o James O'Neill, Esq., 1499 West Horseshoe Bend Drive, Rochester Hills, Michigan 48306.

12. Terrance King, address unknown.

13. C. Beth Duncombe, 8162 East Jefferson Avenue, Detroit, Michigan 48214.

14. Karl Horvath, 9614 Auburndale, Livonia, Michigan 48150.

15. Brown Environmental Construction, 13232 East State Fair, Detroit, Michigan 48205.

16. Gilbert Trucking, address unknown.

17. Linn Smith, Office of Aeronautics, 2700 Port Lansing Road, Lansing, Michigan 48906.

18. Tammy Bell, Michigan Department of Environmental Quality, Air Quality Division, Constitution Hall, 2nd Floor South Tower, 525 West Allegan Street, Lansing, Michigan 48933-1502.

19. James Voss, Michigan Department of Environmental Quality, Air Quality Division, Constitution Hall, 2nd Floor South Tower, 525 West Allegan Street, Lansing, Michigan 48933-1502.

20. Matthew A. Schenk, Esq., Ottenwess, Taweel & Schenk, PLC, 535 Griswold Street, Suite 850, Detroit, Michigan 48226.

21. Tyra Williams, SEMCA, Wayne County Head Start, 25363 Eureka Road, Taylor, Michigan 48180.

22. Johanna Havelock, 56725 Copperfield Drive, Shelby Township, Michigan 48316.

23. Youngblood Solutions, PA, P.O. Box 1500, Stuart, Florida 34995.

24. Marlon Pefia, Office of Aeronautics, 2700 Port Lansing Road, Lansing, Michigan 48906.

25. James Dockery, address unknown.

26. All witnesses identified by Plaintiff HRT Enterprises.

27. All records custodians for any exhibit listed.

28. Rebuttal witnesses.

29. All witnesses named in any exhibits or discovery responses.

                PLUNKETT COONEY

BY:    /s/*Michael D. Weaver*
        MICHAEL D. WEAVER  (P43985)
        MARY MASSARON (P43885)
        ERIK JOHNSON (P85017)
        Plunkett Cooney, PC
        Attorneys for Defendant
        38505 Woodward, Suite 100
        Bloomfield Hills, MI  48034
        (248) 901-4025
        mweaver@plunkettcooney.com
        mmassaron@plunkettcooney.com
        ejohnson@plunkettcooney.com

**PROOF OF SERVICE**

I hereby certify that on April 4, 2022, a copy of this Defendant Trial Witness List was electronically filed and the attorney(ies) of record received notice via the court's ECF system.

                PLUNKETT COONEY
                /s/*Mike Weaver*
                MIKE WEAVER
                Attorney for Defendant
                mweaver@plunkettcooney.com

Open.00396.13930.28535415-1