UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HRT ENTERPRISES,

        Plaintiff,

v.

        Case Number 12-13710
        Honorable David M. Lawson

CITY OF DETROIT,

        Defendant.

_____/

**VERDICT FORM**

We, the jury, unanimously determine that the fair market value of plaintiff HRT's property on January 1, 2009 is:

    Land and buildings: $ 1,976,820.
    Fixtures: $ 0.00.
    Total $ 1,976,820.

**REDACTED**

Dated: August 26, 2022