UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HRT ENTERPRISES,

        Plaintiff,                              Case Number 12-13710

v.                                                Honorable David M. Lawson

CITY OF DETROIT,

        Defendant.

_____/

## ORDER REGARDING POST-TRIAL BRIEFING

On August 26, 2022, the jury trial in this case concluded with a verdict determining just compensation for an inverse condemnation for the plaintiff in the amount of $1,976,820. Before entering judgment on the verdict, the Court must determine whether the plaintiff is entitled to recover prejudgment interest. The Court will direct the parties to meet and confer and submit either a proposal for agreed relief or briefs stating their positions on whether the plaintiff is entitled to recover pre-judgment interest.

Accordingly, it is **ORDERED** that, **on or before September 13, 2022**, the parties shall meet and confer to discuss whether the plaintiff is entitled to prejudgment interest on the jury verdict determining just compensation, and if so, how the amount is to be calculated and the amount of interest to be included in the judgment. If the parties are able to agree on the calculation of interest and the form of judgment, then they shall submit a stipulation for appropriate relief **on or before September 20, 2022**. If the parties do not reach agreement, then by the same date they must submit briefs, not to exceed **five pages** for each side, stating their respective positions on the question.

                                                             s/David M. Lawson
                                                             DAVID M. LAWSON
Dated: September 7, 2022                            United States District Judge