UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HRT ENTERPRISES,

        Plaintiff,        Case Number 12-13710

v.        Honorable David M. Lawson

CITY OF DETROIT,

        Defendant.
_____/

**ORDER EXTENDING BRIEFING DEADLINE**

Pursuant to the stipulation of the parties (ECF No. 480), it is **ORDERED** that the parties shall inform the Court about the progress of their negotiations and file their supplemental briefs relating to the plaintiff's motion for attorney fees **on or before August 21, 2023**.

        s/David M. Lawson
        DAVID M. LAWSON
        United States District Judge

Dated: August 14, 2023